**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**WESTERN HERITAGE INS. CO.,**

        **Plaintiff,**

**vs.**                          **Case No.:  8:08-cv-2583-T-33TBM**

**WILLIAM J. KANE, JR., MARIANNE KANE**
**and RANDOLPH FARMS I CONDOMINIUM**
**ASSOC., INC.,**

        **Defendants.**
_____/

**ORDER**

A Joint Stipulation for Dismissal Without Prejudice (the "Joint Stipulation," Doc. 22) and Plaintiff's Motion for Order of Dismissal Without Prejudice as to Defendants, William J. Kane, Jr. and Marianne Kane (the "Motion," Doc. 23) are before the Court for consideration.

Plaintiff and Defendant, Randolph Farms I Condominium Association, Inc. ("Randolph Farms") filed the Joint Stipulation.  The Joint Stipulation is signed by counsel for Plaintiff and counsel for Randolph Farms.  The Joint Stipulation asks the Court to dismiss this case without prejudice, with Plaintiff and Randolph Farms to bear their own attorney's fees and costs.

In the Motion, Plaintiff asks the Court to dismiss this case without prejudice as to William J. Kane, Jr. and Mariann Kane (the "Kanes").  Plaintiff informs the Court that 1) the Kanes initially appeared in this case and, through counsel, answered (Doc. 11) the Complaint for Declaratory Judgment; 2) the Kanes' counsel moved to withdraw (Doc. 19)

and was granted leave to withdraw (Doc. 21) by the Court; 3) the Kanes failed to file either a notice of appearance of new counsel or of an intent to proceed *pro se*; 4) and, the underlying case of <u>Kane v. Randolph Farms I Condominium Assoc., Inc., *et al*</u>., Case No. 03009115CI021, in the Sixth Judicial Circuit in and for Pinellas County, Florida, went to trial, returning a defense verdict in favor of Randolph Farms.

Through the Motion, Plaintiff claims that dismissal of this case without prejudice, with Plaintiffs and the Kanes to bear their own attorney's fees and costs, is proper because no coverage issues are pending and the Kanes are no longer represented by counsel and failed to appear *pro se*. Upon review of the arguments advanced in favor of dismissal, the Court finds that the Joint Stipulation should be approved and the Motion should be granted.

Accordingly, it is

**ORDERED**, **ADJUDGED** and **DECREED** that:

The Joint Stipulation (Doc. 22) is **APPROVED** and the Motion (Doc. 23) is **GRANTED**. This case is **DISMISSED** without prejudice, with Plaintiff, Randolph Farms and the Kanes each to bear their own attorney's fees and costs. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** from Chambers in Tampa, Florida, on this <u>3rd</u> day of August 2009.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:        Counsel of Record

2